CSK
F. #2004R01867

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN RODDEN,

                Defendant.

- - - - - - - - - - - - - - - X

NOTICE OF MOTION

CR 08 524

JOHNSON, J
GOLD, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 29 2008 ★
BROOKLYN OFFICE

PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           July 29, 2008

                               BENTON J. CAMPBELL
                               UNITED STATES ATTORNEY
                               EASTERN DISTRICT OF NEW YORK

                    By:     _____
                               Charles S. Kleinberg
                               Assistant U.S. Attorney
                               (718) 254-6012

cc:     Michael Dowd, Esq.
       Law Offices of Michael G. Dowd
       112 Madison Avenue
       3rd Floor
       New York, N.Y. 10016

       Clerk of the Court

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. John Rodden

2. Related Magistrate Docket Number(s)

   None ( X )

3. Arrest Date: N/A

4. Nature of offense(s):   x   Felony
   ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): United States v. David Numark, Criminal Docket No. 06-726 (SJ)(SMG)

6. Projected Length of Trial:   Less than 6 weeks   ( X )
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?   ( ) Yes   ( X ) No

9. Have arrest warrants been ordered?   ( ) Yes   ( X ) No

10. Is a capital count included in the indictment?   ( ) Yes   ( X ) No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★  JUL 29 2008  ★
BROOKLYN OFFICE

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Charles Kleinberg
Assistant U.S. Attorney
(718) 254-6012

Rev. 10/01/03