AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER:

I, __John Rodden__, the above named defendant, who is accused of __conspiracy to defraud the United States__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 13, 2009__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before ___/s/___  1/13/09
Magistrate Judge Steven M. Gold