*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD
TERRENCE M. RANDELL

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

112 MADISON AVENUE - THIRD FLOOR
NEW YORK, NEW YORK 10016-7416
TELEPHONE (212) 751-1640 FAX (212) 398-2693
www.mgdowdlaw.com

October 13, 2009

**VIA ECF**

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn: Anna Rodriguez

Re: <u>**United States v. John Rodden**</u>
**CR 08-524 (SJ) (SMG)**

Dear Judge Johnson:

    I respectfully request, with the consent of the Government, an adjournment of the sentencing in the above-referenced case until October 29, 2009, or a date thereafter convenient to the Court.

    I just returned today from a trip out of the country and note I have a conflict for October 15, 2009. This case has been adjourned once on consent.

    I would greatly appreciate your attention to this matter.

Respectfully submitted,

Michael G. Dowd

/jr
cc:    AUSA Charles Kleinberg (Via Facsimile-(718) 254-6669)