PROB 12A
(EDNY 7/09)

PACTS# 55662

# United States District Court

## for the

## Eastern District of New York

## Report on Offender Under Supervision

*FILED*

2010 JUN -4 AM 9: 26

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

Case Number: 08-CR-0524

Name of Offender:   RODDEN, John

Name of Sentencing Judicial Officer:   Honorable Sterling Johnson, Jr., Sr. U.S. District Judge

Date of Original Sentence:   November 5, 2009

Original Offense:   - 18 U.S.C. 371; Conspiracy to Defraud the United States

Original Sentence:   Imprisonment -
Supervised Release -
Probation - Three (3) Years

Type of Supervision:   Probation          Date Supervision Commenced:   November 5, 2009

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1. | Failure to pay restitution |

Prob 12A                                   -2-                          *Report on Offender*
                                                                      *Under Supervision*
*Name of Offender: RODDEN, John*                                  *Case Number:08-CR-0524*

U.S. Probation Officer Action:

There is reliable evidence indicating that the offender has violated a condition of his probation term. Specifically, the offender has failed to comply with the restitution order, and payment schedule.

On May 12, 2010, the Probation Department obtained a payment history from the U.S. Attorney's Financial Litigation Unit. The report revealed that the offender had routinely failed to submit the mandated $100.00 monthly payment (as ordered by the Court), since his placement on probation. And while the offender did submit a one-time payment in the amount of $300.00 in January 2010, he remained delinquent with his payments. When confronted with this non-compliance, the offender admitted that he had not made additional restitution payments, and subsequently made a $600.00 payment. The offender was issued a letter of reprimand, and re-instructed on the payment of his restitution, in accordance with the payment schedule, set forth by Your Honor on the day of sentencing.

Predicated on the offender's immediate payment to come into compliance with his restitution order, we respectfully recommend that no action be taken at this time. The offender's compliance will be closely monitored and any further non-compliance will be reported to the Court immediately. We await Your Honor's response as indicated below.

Respectfully submitted,

by _Clare Kennedy_

Clare Kennedy
Sr. U.S. Probation Officer
Date: May 24, 2010

Approved:

SUSPO

---

*Please indicate the Court's response below and return to the U.S. Probation Officer*

THE COURT ORDERS that this document be filed under permanent seal as it contains treatment information and that the Probation Department:

[X] Take no Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

s/Sterling Johnson
_____
Signature of Judicial Officer

5/27/10
_____
Date