*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

March 24, 2011

**VIA ECF**

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: **United States v. John Rodden**
           CR 08-524 (SJ) (SMG)

Dear Judge Johnson:

      Mr. Rodden's daughter is getting married next week in Ireland and he hopes, with the Court's permission, to attend the wedding. The probation officer told Mr. Rodden he would have to make the request to the Court. If permitted, he would travel to Ireland on Monday, March 28, 2011, and return on April 19, 2011.

      The Court's acceding to this request would be deeply appreciated.

                                    Respectfully submitted,

                                    Michael G. Dowd

/jr
cc:    AUSA Charles Kleinberg