*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640  FAX (212) 872-1777
www.mgdowdlaw.com

April 13, 2011

**VIA ECF**

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                 Re: **United States v. John Rodden**
                        CR 08-524 (SJ) (SMG)

Dear Judge Johnson:

        Further to my letter to the court dated March 24, 2011, unfortunately Mr. Rodden's elderly mother was taken ill shortly after her granddaughter's wedding and passed away that night. A requiem mass in her honor will take place in Mr. Rodden's home town in Ireland on May 8, 2011.

        Mr. Rodden was extremely reluctant to burden the Court with another request to travel, and only does so because of the tragedy that has befallen him and his family. He would be deeply obliged if the Court would grant his present request.

                                                       Respectfully submitted,

                                                         Michael G. Dowd

/jr
cc:     AUSA Charles Kleinberg