*Law Offices of*
**Michael G. Dowd**

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

April 14, 2011

**VIA ECF**

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. John Rodden**
       **CR 08-524 (SJ) (SMG)**

Dear Judge Johnson:

With regard to Mr. Rodden's travel request submitted on April 13, 2011, he is hoping to travel to Ireland on April 27, 2011, and return on May 11, 2011.

Respectfully submitted,

Michael G. Dowd

/jr
cc:     AUSA Charles Kleinberg