*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

April 21, 2011

**VIA ECF**

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. John Rodden**
    **CR 08-524 (SJ) (SMG)**

Dear Judge Johnson:

  Further to Mr. Rodden's travel request, submitted on April 13, 2011, and the Order of the Court dated April 15, 2011, which denied the request without prejudice – and ordered that Mr. Rodden shall consult with his probation officer before submitting travel requests to the Court and include the recommendation of the probation officer in the request – the request is hereby renewed.

  Mr. Rodden consulted with his Probation Officer, Ms. Erin Lopriore, and was informed that the Consulate General of Ireland, in New York, had advised her that Mr. Rodden was required to supply certain details, in advance of his planned visit, to the Police Authority in Ireland. Upon inquiry by my office, it was determined that this requirement does not apply to Irish citizens, such as Mr. Rodden, and the Consulate General provided confirmation accordingly. In these circumstances, Officer Lopriore has no objection to Mr. Rodden's request to travel.

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
April 21, 2011
Page 2

      Once again, Mr. Rodden would be deeply obliged if the Court would grant his renewed request to travel to Ireland – leaving on April 27, 2011, and returning on May 11, 2011 – to attend a requiem mass in honor of his mother, who recently passed away.

                                              Respectfully submitted,

                                              Michael G. Dowd

/jr
cc:    AUSA Charles Kleinberg